United States Bankruptcy Court
District of Colorado

In re:     Case No. 26-10035-JGR
Marc Phillip Parker     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 4
Date Rcvd: Jan 06, 2026     Form ID: 769     Total Noticed: 97

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marc Phillip Parker, 10 Robertson Rd, Pueblo, CO 81001-1739 |
| 20026992 | + | Accelerated Recovery Specialists, 7150 Campus Drive, Suite 100, Colorado Springs, CO 80920-3178 |
| 20026995 | | American Medical Response, 8 City Blvd., Ste 400, Akron, OH 44308 |
| 20026994 | + | American Medical Response, 6363 S Fiddlers Green Cir, 14th Fl, Greenwood Village, CO 80111-5011 |
| 20026998 | + | Bernadette Gauna, PTAr, LMT CFT, 1307 Fortino Blvd., Suite A, Pueblo, CO 81008-2377 |
| 20026999 | + | Bonnie Lechtenberg, LMT Light Mountain Day Sp, 1307 Fortino Blvd. Ste A, Pueblo, CO 81008-2377 |
| 20027000 | + | Brandi Olson, FNP, 2501 Kachina Dr, Pueblo, CO 81008-1574 |
| 20027001 | + | Briana Frank, 3646 S Farm Road 61, Republic, MO 65738-2667 |
| 20027002 | + | Brown Dunning Walker Fein Drusch, 7995 E Prentice Ave Suite 101E, Greenwood Village, CO 80111-2710 |
| 20027007 | + | Center for Alternative Medicine, PLLC, 2505 Kachina Drive, Pueblo, CO 81008-1573 |
| 20027014 | + | Colorado Neurodiagnostics, 4 W Dry Creek Circle #150, Littleton, CO 80120-8072 |
| 20027015 | + | Colorado Springs Imaging East, 6616 Dalby Dr, Ste 140, Colorado Springs, CO 80923-5303 |
| 20027017 | | Department of Labor and Employmnet, PO Box 8789, Denver, CO 80201-8789 |
| 20027022 | + | Fred Dearborn, LPC, 617 N. 17th Street, Unit 201, Colorado Springs, CO 80904-3580 |
| 20027023 | + | Fyzical Therapy & Balance Centers, 279 Purcell Blvd. #116, Pueblo, CO 81007-5083 |
| 20027024 | + | Geoffrey Doner, M.D., 1263 Lake Plaza Drive, Colorado Springs, CO 80906-3564 |
| 20027028 | + | Infinite Neurology of Colorado, PO Box 530247, Saint Petersburg, FL 33747-0247 |
| 20027032 | + | Joseph Morreale, MD, 90 Health Park Dr., Louisville, CO 80027-9757 |
| 20027034 | + | Karin Parker, 506 South 13th St., Rocky Ford, CO 81067-1914 |
| 20027035 | + | Kennette L Oldham, LMT, 2000 Acero Ave., Pueblo, CO 81004-3613 |
| 20027036 | + | King & Beaty, LLC, 3260 E. Woodmen Road, Suite 200, Colorado Springs, CO 80920-3587 |
| 20027037 | + | Knobbs Chiropractic, 4305 Beverly Street, Suite 112, Colorado Springs, CO 80918-5925 |
| 20027039 | + | Krista E. Wilks, D.C., 517 W. 5th Street, Pueblo, CO 81003-3185 |
| 20027040 | + | Leventhal Puga Braley, P.C., 950 S. Cherry Street, Ste. 600, Denver, CO 80246-2665 |
| 20027041 | + | Life's Journey Family Chiropractic, 517 W. 5th Street, Pueblo, CO 81003-3185 |
| 20027049 | ++ | MINNEQUA WORKS CREDIT UNION, 1549 E ABRIENDO AVE, PUEBLO CO 81004-3498 address filed with court:, Minnequa Works, 1549 E Abriendo, Puebo, CO 81004 |
| 20027042 | + | Madison Parker, 2240 West 19th St, Pueblo, CO 81003-5109 |
| 20027043 | + | Matthew Shem, DC, 4740 Flintridge Dr. Suite 220, Colorado Springs, CO 80918-4273 |
| 20027045 | + | Michael Ament, M.D., 3920 N. Union Blvd. Ste 160, Colorado Springs, CO 80907-4907 |
| 20027047 | + | Mindy Parker Fulton, 1331 21st Lane, Pueblo, CO 81006-1849 |
| 20027048 | + | Minnequa Worker Federal CU, 1549 E Abriendo Ave, Pueblo, CO 81004-3498 |
| 20027051 | + | Neuro Diagnostic Imaging, PO Box 6645, Denver, CO 80206-0645 |
| 20027052 | + | Neurotherapy of Colorado Springs, 614 N Nevada Ave #103, Colorado Springs, CO 80903-5021 |
| 20027053 | + | Novera Headache Center, 5731 Silverstone Terrace #120, Colorado Springs, CO 80919-3594 |
| 20027058 | + | PT Solutions Physical Therapy, 1209 Paseo Del Norte, Pueblo, CO 81008-2083 |
| 20027056 | + | ParkWest Imaging LLC, 3676 Parker Blvd Ste 165, Pueblo, CO 81008-2213 |
| 20027054 | + | Parkview Medical Center, 400 W 16th St, Pueblo, CO 81003-2781 |
| 20027057 | + | Payne Mitchell Ramsey, PC, 3500 Maple Ave Ste 1250, Dallas, TX 75219-3940 |
| 20027059 | + | Pueblo Chiropractic, 1211 Paseo Del Norte, Pueblo, CO 81008-2083 |
| 20027062 | + | Pueblo County District Attorney, 701 Court Street, Pueblo, CO 81003-3077 |
| 20027068 | + | Southern Colorado Radiologists, 1619 N Greenwood Street, Pueblo, CO 81003-2644 |
| 20027069 | + | Stephen C Eller, 5425 Nature Center Road, Pueblo, CO 81003-4506 |
| 20027070 | + | Steve and Brenda Parker, 3696 S Farm Road 61, Republic, MO 65738-2667 |
| 20027071 | + | Sunflower Bank, 2070 S Ohio St, Salina, KS 67401-6702 |

| District/off: 1082-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: 769 | Total Noticed: 97 |

| | | |
|---|---|---|
| 20027073 | + | Synergy Physical Therapy and Wellness, 4115 Club Manor Drive, Pueblo, CO 81008-2014 |
| 20027074 | + | The Moore Group, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| 20027077 | + | Tracey R. Walker, L. Ac, MSOM, 1307 Fortino Blvd., Suite A, Pueblo, CO 81008-2377 |
| 20027084 | + | US Bank/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 20027086 | + | Vanston Masri, DO, 1601 E. 19th Ave., Suite 2600, Denver, CO 80218-1216 |
| 20027089 | + | Zsuzsa Glasscock, FNP, 1128 Eagleridge Blvd., Pueblo, CO 81008-2103 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: stephenberkenlaw@gmail.com | Jan 06 2026 22:27:00 | Stephen E. Berken, 1159 Delaware St, Denver, CO 80204 |
| tr | + | EDI: BDVWADSWORTH.COM | Jan 07 2026 03:25:00 | David V. Wadsworth, Trustee, 2580 West Main Street, Suite 200, Littleton, CO 80120-4631 |
| 20026993 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2026 22:33:11 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 20026996 | + | EDI: BANKAMER | Jan 07 2026 03:19:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 20026997 | ^ | MEBN | Jan 06 2026 22:22:39 | Berken Cloyes PC, 1159 Delaware St., Denver, CO 80204-3607 |
| 20027003 | | EDI: CAPITALONE.COM | Jan 07 2026 03:19:00 | Capital One Bank, PO Box 85520, Richmond, VA 23285 |
| 20027004 | + | EDI: CAPITALONE.COM | Jan 07 2026 03:19:00 | Capital One Bank, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 20027005 | | EDI: SYNC | Jan 07 2026 03:19:00 | Care Credit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 20027006 | + | Email/Text: bankruptcy@cavps.com | Jan 06 2026 22:28:00 | Cavalry Portfolio Service, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 20027008 | + | EDI: CITICORP | Jan 07 2026 03:19:00 | Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 20027009 | | EDI: CITICORP | Jan 07 2026 03:19:00 | Citibank, 5800 S Corporate Place, Sioux Falls, SD 57108-5027 |
| 20027010 | + | Email/Text: janet@colobank.com | Jan 06 2026 22:28:00 | Colorado Bank and Trust, PO Box 499, LaJunta, CO 81050-0499 |
| 20027011 | + | Email/Text: cdle_bankruptcy@state.co.us | Jan 06 2026 22:27:00 | Colorado Department of Labor & Employment, 633 17th Street, Suite 201, Denver, CO 80202-3624 |
| 20027012 | | EDI: CODEPREV.COM | Jan 07 2026 03:19:00 | Colorado Department of Revenue, Bankruptcy Unit, PO Box 17087, Denver, CO 80217-0087 |
| 20027016 | + | Email/Text: bankruptcy@credencerm.com | Jan 06 2026 22:28:00 | Credence Resource Management, LLC, 4222 Trinity Mills, Dallas, TX 75287-7603 |
| 20027018 | + | EDI: IRS.COM | Jan 07 2026 03:19:00 | Department of the Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |
| 20027019 | + | EDI: MAXMSAIDV | Jan 07 2026 03:19:00 | Dept Of Education / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 20027020 | + | EDI: DISCOVER | Jan 07 2026 03:19:00 | Discover Card, PO BOX 30939, Salt Lake City, UT 84130-0939 |
| 20027021 | | Email/Text: collecadminbankruptcy@fnni.com | Jan 06 2026 22:28:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 20027025 | ^ | MEBN | Jan 06 2026 22:21:57 | Guglielmo & Associates, PO Box 41688, Tucson, AZ 85717-1688 |
| 20027026 | | Email/Text: reports@halstedfinancial.com | Jan 06 2026 22:27:00 | Halstead Financial Services, P.O. Box 828, |

# Case:26-10035-JGR Doc#:10 Filed:01/08/26 Entered:01/08/26 22:19:22 Page3 of 6

| District/off: 1082-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: 769 | Total Noticed: 97 |

| | | | | |
|---|---|---|---|---|
| | | | | Skokie, IL 60076 |
| 20027033 | + | EDI: JPMORGANCHASE | Jan 07 2026 03:19:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850-5369 |
| 20027031 | ^ | MEBN | Jan 06 2026 22:22:29 | January Technologies, 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 20027038 | + | EDI: CAPITALONE.COM | Jan 07 2026 03:19:00 | Kohls, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 20027044 | | Email/Text: bknotice@mccarthyholthus.com | Jan 06 2026 22:27:00 | McCarthy Holthus LLP, 7700 E Arapahoe Rd Suite 230, Centennial, CO 80112 |
| 20027046 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2026 22:28:00 | Midland Credit Management, Inc., PO Box 2121, Warren, MI 48090-2121 |
| 20027050 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 06 2026 22:28:00 | Nelnet, 3015 S Parker Rd #400, Aurora, CO 80014-2904 |
| 20027061 | ^ | MEBN | Jan 06 2026 22:22:33 | Pueblo County Court, 501 North Elizabeth St., Case No.: 2006CR1780, Pueblo, CO 81003-2332 |
| 20027060 | ^ | MEBN | Jan 06 2026 22:22:34 | Pueblo County Court, 501 North Elizabeth St., Pueblo, CO 81003-2332 |
| 20027064 | | Email/Text: lawfirmTX@RAUSCHSTURM.com | Jan 06 2026 22:28:00 | Rausch Sturm, 250 N. Sunnyslope Road Suite 300, Brookfield, WI 53005 |
| 20027063 | | Email/Text: ngisupport@radiusgs.com | Jan 06 2026 22:28:00 | Radius Global Solutions LLC, 7505 Metro Blvd, ST 400, Minneapolis, MN 55439 |
| 20027065 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 06 2026 22:27:00 | Shellpoint Mortgage Service, 55 Beattie Pl Ste 600, Greenville, SC 29601-2165 |
| 20027066 | + | Email/Text: bankruptcynotices@sba.gov | Jan 06 2026 22:28:00 | Small Business Administration, 721 19th St Ste 426, Denver, CO 80202-2517 |
| 20027067 | + | Email/Text: bankruptcynotices@sba.gov | Jan 06 2026 22:28:00 | Small Business Administration, 721 19th St,, Denver, CO 80202-2517 |
| 20027072 | + | EDI: SYNC | Jan 07 2026 03:19:00 | Syncb/Car Care Discount Tire, Po Box 965036, Orlando, FL 32896-5036 |
| 20027075 | + | Email/Text: closures@collectmoore.com | Jan 06 2026 22:28:00 | The Moore Law Group, P.O. Box 25145, Santa Ana, CA 92799-5145 |
| 20027076 | + | Email/Text: closures@collectmoore.com | Jan 06 2026 22:28:00 | The Moore Law Group, APC, 3710 S. Susan St., Santa Ana, CA 92704-6956 |
| 20027078 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2026 22:28:00 | Transworld Systems, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 20027079 | + | Email/Text: accountservicing@trueaccord.com | Jan 06 2026 22:28:00 | True Accord, 16011 College Blvd, Suite 130, Shawnee Mission, KS 66219-9877 |
| 20027083 | | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | Jan 06 2026 22:27:00 | US Atty. Gen., DOJ / Tax Division, PO Box 683, Washington, DC 20044 |
| 20027080 | + | Email/Text: bankruptcynotices@sba.gov | Jan 06 2026 22:27:00 | U.S. Small Business Administration, 409 3rd St, SW., Washington, DC 20416-0002 |
| 20027081 | + | Email/Text: bankruptcynotices@sba.gov | Jan 06 2026 22:28:00 | U.S. Small Business Administration, 721 19th Street, Denver, CO 80202-2517 |
| 20027027 | | Email/PDF: OGCRegionVIIIBankruptcy@hud.gov | Jan 06 2026 22:33:17 | HUD/FHA, 1670 Broadway, Denver, CO 80202-4801 |
| 20027082 | + | Email/Text: BAN5620@UCBINC.COM | Jan 06 2026 22:27:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd., Oregon, OH 43614-1501 |
| 20027088 | + | EDI: WFHOME | Jan 07 2026 03:19:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 20027087 | + | EDI: WFFC2 | Jan 07 2026 03:19:00 | Wells Fargo, PO Box 5511, Sioux Falls, SD |

| District/off: 1082-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 06, 2026 | Form ID: 769 | Total Noticed: 97 |

| 20027090 | Email/Text: bkfilings@zwickerpc.com | 57117-5511 | |
| | | Jan 06 2026 22:28:00 | Zwicker & Associates, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20027013 | * | Colorado Dept. of Labor and Employment, 633 17th St., Suite 201, Denver, CO 80202-3624 |
| 20027030 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 1999 Broadway, MS 5028-DEN, Denver, CO 80202 |
| 20027029 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 20027055 | *+ | Parkview Medical Center, 400 W. 16th Street, Pueblo, CO 81003-2781 |
| 20027085 | *+ | US Department of the Treasury, 1500 Pennsylvania Ave., N.W., Washington, DC 20220-0002 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David V. Wadsworth, Trustee | dwadsworth@wgwc-law.com  CO30@ecfcbis.com |
| Stephen E. Berken | on behalf of Debtor Marc Phillip Parker stephenberkenlaw@gmail.com sean@berkencloyes.com;stephenberkenlaw@ecf.courtdrive.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Marc Phillip Parker<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx-xx-2834<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: District of Colorado | | Date case filed for chapter: 7   1/5/26 |
| Case number: 26-10035-JGR | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marc Phillip Parker | |
| 2. | **All other names used in the last 8 years** | aka AKA Mark Parker | |
| 3. | **Address** | 10 Robertson Rd<br>Pueblo, CO 81001 | |
| 4. | **Debtor's attorney**<br>Name and address | Stephen E. Berken<br>1159 Delaware St<br>Denver, CO 80204 | Contact phone 303-623-4357<br>Email stephenberkenlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David V. Wadsworth, Trustee<br>2580 West Main Street, Suite 200<br>Littleton, CO 80120 | Contact phone 303-296-1999<br>Email dwadsworth@wgwc-law.com |

The person designated as Bankruptcy Trustee has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously-filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline COB#769**   page 1
b309a_7cna

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202-2508 | Hours open Monday - Friday 8:00 AM - 4:30 PM<br><br>Contact phone 720-904-7300<br><br>Date: 1/6/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 4, 2026** at **01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 527 781 3835, and Passcode 4106111032, OR call 1-720-853-3165**<br><br>For additional meeting information go to www.justice.gov/ust/moc. |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/6/26** |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |